

2014CI03033 -D438

NO. 2014-CI-03033

| | | |
|---|---|---|
| MOAB CONSTRUCTION COMPANY, INC. | * | IN THE DISTRICT COURT |
| VS. | * | 438th 407TH JUDICIAL DISTRICT |
| ALS 88 DESIGN BUILD, LLC | * | BEXAR COUNTY, TEXAS |

## JUDGMENT

On the 2nd day of March, 2015, came on to be heard the above-entitled and numbered cause and Moab Construction Company, Inc., the Plaintiff, appeared in person and by attorney of record and announced ready for trial, and a jury having been previously demanded, a jury consisting of twelve (12) good and lawful jurors was duly empaneled and the case proceeded to trial.

At the conclusion of the evidence, the Court submitted the case to the jury on special issues. The charge of the Court, including the special issues, and the verdict of the jury, are incorporated herein for all purposes by reference. It appearing to the court that the verdict of the jury was for the for the Plaintiff and against the Defendant, judgment should be rendered upon the verdict in favor of the Plaintiff and against the Defendant.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED by the Court that the Plaintiff have and recover from Defendant the sum of six hundred thousand five hundred four dollars and sixty nine cents ($600,504.69).

IT IS FURTHER ORDERED that the judgment hereby rendered shall bear interest at the rate of five percent (5%) until the date of judgment, and thereafter at the rate of five percent (5%) until paid.

All costs of Court expended or incurred in this cause are hereby adjudged against the ALS 88 Design Build, LLC. All writs and processes for the enforcement and collection of this judgment or the costs of court may issue a necessary. All other relief not expressly granted herein is denied.



EXHIBIT

APPENDIX

1

Page 1 of 3

All other relief not expressly granted herein is denied.

SIGNED this _____ day of _____, 2015.

APR 1 5 2015

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

THOMAS C. HALL, P.C.

By: _____
Thomas C. Hall
115 E. Travis Street, Ste. 700
San Antonio, TX 78205
210/222-2000
Fax: 210/222-1156
hall@tomhall-lawyer.com
State Bar No. 08774550
ATTORNEYS FOR PLAINTIFF/ COUNTER DEFENDANT